| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**RICHARD S. HOFFMAN, JR. (#RH-9353)**<br>**HOFFMAN DiMUZIO**<br>**A Partnership of Professional Corporations**<br>412 Swedesboro Road<br>Mullica Hill, New Jersey 08062<br>(856) 803-5800<br>Attorneys for Debtors | Order Filed on March 28, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>DONALD C. ROBINSON, JR.<br>KIMBERLY S. ROBINSON<br><br>                    Debtors | Case No.:        22-13583<br><br>Chapter:          13<br><br>Judge:              ABA |

## CONSENT ORDER RESOLVING MIDFIRST BANK'S OBJECTION
## TO CONFIRMATION OF PLAN

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 28, 2023**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor: Donald C. Robinson, Jr. and Kimberly S. Robinson
Case No: 22-13583/ABA
<u>Caption of Order:</u> Consent Order Resolving MidFirst Bank's Objection to Confirmation of Plan

THIS MATTER coming before the Court via an objection to confirmation to the plan by the Creditor, MidFirst Bank, by and through their attorneys, Gross Polowy, LLC, the parties having conferred and reached an amicable resolution:

**IT IS HEREBY ORDERED** as follows:

1. The loan modification application process shall be completed within 45 days from the date of this Order.

2. If the loan modification application process is not completed with the required time frame by fault of the Debtors, or if the loan modification application is denied, the creditor shall be granted immediate relief from the Automatic Stay upon submission of a certification to the court stating the same.

We hereby consent to the form, content and entry of the within Order.

Hoffman DiMuzio
Attorney for the Debtors

_____
Richard S. Hoffman, Jr., Esquire

Dated:  3/17/2023

Gross Polowy, LLC
Attorney for Secured Creditor, MidFirst Bank

/s/ Courtney R Shed
Courtney R Shed, Esquire

Dated:  March 16, 2023